# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| ELIJAH WILLIAM MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | No. 4:13CV1928 TCM |
| | ) | |
| DAVID SHIPLEY, et al., | ) | |
| | ) | |
| Defendants, | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. The Court ordered plaintiff to provide the Court with an address where defendant Derek Dickey could be served no later than February 11, 2014. And the Court ordered plaintiff to show cause why defendants Movement Team Members 2-3-4-5 and Use of Force Operator should not be dismissed for lack of timely service no later than February 12, 2012. Plaintiff has not responded to either Order. As a result, the Court will dismiss these defendants from the complaint, without prejudice, under Rule 4(m) of the Federal Rules of Civil Procedure. It may be possible for plaintiff to add these defendants back to the case during the discovery process.

Accordingly,

**IT IS HEREBY ORDERED** that defendants Derek Dickey, Movement Team Members 2-3-4-5 and Use of Force Operator are **DISMISSED** without prejudice.

A separate Order of Dismissal will be filed forthwith.

Dated this 19th day of February, 2014.

*/s/ Catherine D. Perry*
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE