UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ELIJAH MOORE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:13CV1928AGF |
| DAVID SHIPLEY, et al., | ) |
| Defendants. | ) |

## MEMORANDUM FOR CLERK

Comes now Deborah Bell Yates, as counsel for Defendants, and requests that she be designated as Lead Counsel for purposes of mediation. Said mediation is currently set for July 23, 2015 at 9:30 am with Judge Stephen N. Limbaugh, Sr.

Respectfully submitted,

**CHRIS KOSTER**
Missouri Attorney General

/s/*Deborah Bell Yates*
Deborah Bell Yates #30097
Assistant Attorney General
P.O. Box 861
St. Louis, MO  63188
(314)340-7861
(314)340-7029 (fax)

*Attorneys for Defendants Shipley, Malady, Thebeau, Villmer, and Williamson*

## CERTIFICATE OF SERVICE

     I hereby certify that on July 15, 2015, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system on all counsel of record in this matter.

                                   */s/Deborah Bell Yates*
                                   Assistant Attorney General